250

134 A.3d 1044

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Prentice THOMAS, Petitioner.**

**No. 37 EM 2016.**

Supreme Court of Pennsylvania.

April 15, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.**

This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, which is directed to appoint new counsel within 45 days. A Petition for Allowance of Appeal shall be filed within 30 days of new counsel's appointment.

134 A.3d 1044

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Garnell GRANT, Petitioner.**

**No. 34 EM 2016.**

Supreme Court of Pennsylvania.

April 15, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.**

This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, which is directed to appoint new counsel within 45 days. A Petition for Allowance of Appeal shall be filed within 30 days of new counsel's appointment.

134 A.3d 1044

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jarvis PAYTON, Petitioner.**

**No. 26 EM 2016.**

Supreme Court of Pennsylvania.

April 15, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2016, the Application for Writ of Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**